THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX RIVERA, Appellant.

Submitted June 29, 2009; decided August 27, 2009

Reported below, 60 AD3d 788.

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.